**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LONG CORNER CONSUMER ELECTRONICS LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 2:14-cv-352 (LEAD CASE) |
| ARCHOS, INC., | § § § § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| LONG CORNER CONSUMER ELECTRONICS LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 2:14-cv-364 (CONSOLIDATED CASE) |
| ZTE (USA) INC., | § § § § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Agreed Motion for Dismissal of All Claims Between Plaintiff Long Corner Consumer Electronics LLC and Defendant ZTE (USA) Inc. (Case No. 2:14-cv-352 Dkt. No. 113). The Motion is GRANTED. The Court ORDERS that all claims asserted in this suit by Long Corner against ZTE are hereby DISMISSED WITH PREJUDICE and all counterclaims asserted in this suit by ZTE against Long Corner are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

1

It is so ORDERED.

SIGNED this 17th day of March, 2015.


_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE